**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-6098

_____

SHAWN M. RICE,

        Plaintiff - Appellant,

    v.

UNITED STATES OF AMERICA,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  Gina M. Groh, District Judge.  (3:21-cv-00036-GMG)

_____

Submitted:  April 27, 2023                      Decided:  May 10, 2023

_____

Before NIEMEYER, WYNN, and HEYTENS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Shawn M. Rice, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shawn M. Rice appeals the district court's order dismissing his claims under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671-2680, for lack of subject matter jurisdiction, and denying his motion for the appointment of counsel. We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's order. *Rice v. United States*, No. 3:21-cv-00036-GMG (N.D.W. Va. Jan. 7, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*